*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# S T A T E   O F   M I C H I G A N

# C O U R T   O F   A P P E A L S

WELLS FARGO BANK NA,

        Plaintiff/Counterdefendant-Appellee,

v

VICKY RICHTER ENTERPRISES, doing business as GUIDO'S PREMIUM PIZZA, INC., and STEVE POLLARD,

        Defendants/Counterplaintiffs-Appellants.

UNPUBLISHED
July 23, 2020

No. 348033
Ingham Circuit Court
LC No. 17-000547-CB

Before: RIORDAN, P.J., and RONAYNE KRAUSE and SHAPIRO, JJ.

SHAPIRO, J. (*concurring*).

I concur in the result only.

/s/ Douglas B. Shapiro

-1-